AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| | ) | |
| John Doe | ) | 18-MJ-6308-MPK |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____12/30/16_____ in the county of _____Essex_____ in the

_____ District of _____Massachusetts_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 42 U.S.C.  1383a(a)(1) | Knowingly and willfully made or caused to be made a false statement or representation of a material fact in an application for Social Security benefits. |
| 18 U.S.C. 1028A | Knowingly transferred, possessed and used, during and in relation to any felony violation enumerated in 18 U.S.C. 1028A(c), and without lawful authority, a means of identification of another person. |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent Kyle Zgraggen, Social Security Administration, Office of Inspector General.

☑ Continued on the attached sheet.

_____
Complainant's signature

Kyle Zgraggen, Special Agent, SSA-OIG
_____
Printed name and title

Sworn to before me and signed in my presence.

Date:   _____October 3, 2018_____

_____
Judge's signature

City and state:   _____Boston, Massachusetts_____

Hon. M. Page Kelley, U.S. Magistrate Judge
_____
Printed name and title