UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 18-mj-06308-MPK

UNITED STATES OF AMERICA

v.

JOHN DOE

**ORDER OF VOLUNTARY DETENTION**

KELLEY M.J.

The defendant is charged in the above-numbered criminal complaint.  He appeared for a detention hearing today, October 10, 2018.  The defendant, represented by counsel, agreed to voluntarily consent to detention without prejudice.

Accordingly, it is ORDERED that the defendant be DETAINED pending trial and is further ORDERED that:

(1)  the defendant be committed to the custody of the Attorney General for confinement in a corrections facility;

(2) the defendant be afforded reasonable opportunity for private consultation with counsel; and

(3) on order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which the defendant is detained and confined deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to the defendant filing a motion at any time seeking a full

detention hearing and the setting of conditions of release, regardless of whether there have been changed circumstances.

                                                  /s/ M. Page Kelley
                                          M. PAGE KELLEY
                                          United States Magistrate Judge